Commonwealth *v.* Nebistinsky, Appellant.

Submitted September 11, 1973. *James L. Jubelirer,* and *Jubelirer and Raycroft,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Norris, Appellant.

Argued September 18, 1973. *Theodore A. Schwartz,* with him *Casper & Muller,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.